# PROTEST AGAINST ACT PRESCRIBING ORDER OF PRECEDENCE OF JUDGES OF SUPREME COURT

July 11, 1828

314

Judge Chipman's "protest" will be found in *Journal 4, infra* Vol. II, *p. 211